# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR516 |
| Plaintiff, | : | |
| | : | JUDGE JAMES GWIN |
| vs. | : | |
| LAINI A. WOODS, et al., | : | **DEFENDANT LAINI WOODS'** |
| | : | **MOTION FOR LEAVE TO FILE** |
| Defendant. | : | **MOTION UNDER SEAL** |

Defendant Laini Woods, through counsel, respectfully moves this Honorable Court for an Order permitting defense counsel to file Ms. Woods' Motion to Continue Reporting Date under seal. Counsel states that as it is based on the same concerns that led to her Motion to Continue Sentencing, Dkt.#33 and 38, it will contain personal and confidential medical records which should not be made available for public viewing.

For these reasons, Ms. Woods requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113

1

(216)522-4856 Fax:(216)522-4321
E-mail: darin_thompson@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

<u>*/s/Darin Thompson*</u>
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender