# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **STATE OF OHIO,** | ) CASE NO.:18CR516 |
| | ) |
| | ) |
| **Plaintiff.** | ) |
| | ) **JUDGE JAMES S. GWIN** |
| **vs.** | ) |
| | ) **MOTION FOR EARLY TERMINATION** |
| **LAINI WOODS,** | ) **OF SUPERVISED RELEASE** |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

Now Comes Defendant, LAINI Woods, by and through his counsel, Jeffrey P. Saffold, and hereby respectfully submits this Motion to Terminate Supervised Release.

Respectfully Submitted,

/s/ Jeffrey P. Saffold
Jeffrey P. Saffold (0066151)
1220 West 6th Street, Ste 303
(216) 622-2700
(216) 622-2714
Attorney for Defendant

## **MEMORANDUM IN SUPPORT**

June 13, 2019, the Defendant, Laini Woods was sentenced to one year and 1 day in prison.  Once released, the Defendant was to serve 3 years of supervised release. Mrs. Woods has followed all the rules of supervised release.  She has served at least half of her supervised term.  Mrs. Woods has reported to her probation officer, Katelyn Keck, without any incidents.  Mrs. Keck has indicated that she would have no objection to Mrs. Woods being released early.  She feels as though Mrs. Woods is more than ready to be a model citizen.

**WHEREFORE**, Defendant respectfully request that this Honorable Court grant the Motion to Terminate Supervised Release.

Respectfully Submitted,

/s/ Jeffrey P. Saffold
Jeffrey P. Saffold (0066151)
1220 West 6th Street, Ste 303
(216) 622-2700
(216) 622-2714 fax
Attorney for Defendant
Laini Woods

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Motion for Early Termination of Supervised Release* was served upon Cuyahoga County Prosecutor, and/or a member of his staff this 20th day of April 2022.

      Respectfully Submitted,

/s/ Jeffrey P. Saffold
Jeffrey P. Saffold (0066151)
1220 West 6th Street, Ste 303
(216) 622-2700
(216) 622-2714 fax
Attorney for Defendant
Laini Woods